IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMI SUE BYERS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **4:26CV3282**<br><br>**ORDER** |

Petitioner has submitted a motion to proceed in forma pauperis. (Filing No. 2.) After reviewing the request, I shall waive payment of fees and grant Petitioner leave to proceed in forma pauperis.

**IT IS ORDERED:**

Petitioner's motion to proceed in forma pauperis (Filing No. 2) is granted. The Clerk of Court shall file the Complaint and accompanying pleadings without the prepayment of costs or fees.

Dated this 17th day of September, 2026.

BY THE COURT:

Susan M Bazis

Susan M. Bazis
United States District Judge